Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RAYMOND BANGLE, ESQ. (SBN 105057)
NICHOLAS R. SHEPARD, ESQ. (SBN 300629)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant STEPHEN WRIGHT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEPHEN WRIGHT,<br><br>　　　　Defendant. | Case No. 15-CV-05627-RMI<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this matter that the further case management conference currently scheduled for October 16, 2018 at 2:00 p.m. (Dkt 113) be rescheduled to Monday, October 22, 2018 at 1:00 p.m. The parties are requesting a continuance as they will be in a deposition on the date and time of the Court-noticed case management conference on October 16, 2018.

Dated: October 12, 2018.　　　　　MATHENY SEARS LINKERT & JAIME, LLP

　　　　　　　　　　　　　　　　　By: /s/ Raymond Bangle
　　　　　　　　　　　　　　　　　RAYMOND BANGLE III, Attorneys for
　　　　　　　　　　　　　　　　　Defendant STEPHEN WRIGHT

Dated: October 12, 2018　　　　　DAVID RATNER LAW FIRM

　　　　　　　　　　　　　　　　　By: /s/ David S. Ratner
　　　　　　　　　　　　　　　　　DAVID S. RATNER, Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　JESSE WARD

1

**ORDER**

**IT IS HEREBY ORDERED** that the further case management conference of October 16, 2018 at 2:00 p.m. is rescheduled to October 22, 2018 at 1:00 p.m. The previously-provided telephone instructions will apply that were provided in Dkt. 113.

Dated: October 15, 2018

_____
Robert M. Illman
United States Magistrate Judge

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864